1

2

3

4

5

6

7

8

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  BARRY LAMON,                              1:06-CV-1739 OWW SMS P

14          Plaintiff,

15      vs.

16  C. STILES, et al.,

17

18          Defendants.              ORDER TRANSFERRING CASE

19  _____/

20      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C.

21  § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

22      In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

23  violations took place in Sacramento County which is part of the Sacramento Division of the United

24  States District Court for the Eastern District of California.   Therefore, the complaint should have been

25  filed in the Sacramento Division.

26      Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper

27  court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be

28  transferred to the Sacramento Division.  This court will not rule on plaintiff's request to proceed in forma

1    pauperis.

2          Good cause appearing, IT IS HEREBY ORDERED that:

3          1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

4          2.  This action is transferred to the United States district Court for the Eastern district of

5    California sitting in Sacramento; and

6          3. All future filings shall refer to the new Sacramento case number assigned and shall be filed

7    at:

8
                        United States District Court
9                       Eastern District of California
                        501 "I" Street, Suite 4-200
10                      Sacramento, CA 95814
     IT IS SO ORDERED.
11
     **Dated:    January 3, 2007**              **/s/ Sandra M. Snyder**
12   b6edp0                          UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28